| | |
|---|---|
| **From:** | clientcare@bessemersecure.com |
| **Sent:** | Tuesday, December 04, 2018 2:21 PM |
| **To:** | Mike Capser; TEC Wayfare; Todd Capser |
| **Subject:** | DAILY E.M. CAPSER ACCOUNT BALANCE |
| **Attachments:** | 2018-12-04-EMCAP ACC BAL.pdf |

Mr. Edward Michael Capser:

Your account balance, here and attached, is $33,551,178 / 31.

Best Regards,

Bessemer Trust

www.bessemer.com

*******************************************************************************
NOTICE TO CLIENTS: Email is not appropriate for time-sensitive communications, including securities transactions or wire transfer requests, because you are not able to verify that the intended recipient received, opened, or read the message. Please follow up by telephone to ensure timely contact. All email sent to or from Bessemer Trust may be retained, monitored, or reviewed by Bessemer Trust personnel.
*******************************************************************************
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify me immediately, permanently delete the original and any copy of this message from your system and destroy any printout thereof. Thank you.
*******************************************************************************

BESSEMER TRUST
100 WOODBRIDGE CENTER DRIVE
WOODBRIDGE, NJ 07095-1191

December 4, 2018

Mr. Edward Michael Capser
2814 Poly Drive
Billings, MT 59102

Dear Mr. Edward Michael Capser:

You instructed us to provide you with a daily balance of your account. Per this request your balance stands at $33,551,178.31.

Best Regards,

Bessemer Trust


Total number of Standing Instructions to sign: 0

ATLANTA • BOSTON • CHICAGO • DALLAS • DENVER • GREENWICH • LOS ANGELES • MIAMI • NAPLES
NEW YORK • PALM BEACH • SAN FRANCISCO • WASHINGTON, D.C. • WILMINGTON • WOODBRIDGE
CAYMAN ISLANDS • NEW ZEALAND • UNITED KINGDOM

P: 0188789

TEC000185