Mark D. Parker
**PARKER, HEITZ & COSGROVE, PLLC**
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, Montana 59103-7212
Ph: (406) 245-9991
Fax: (406) 245-0971
email: markdparker@parker-law.com

Attorneys for Defendants Todd Michael Capser

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| **THIRD EYE CAPITAL CORPORATION,** | ) ) ) | Cause No. CV-19-00038-SPW-TJC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **DEFENDANT TODD MICHAEL CAPSER'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES** |
| **TODD MICHAEL CAPSER; EDWARD MICHAEL CAPSER; and JOHN DOES 1-5,** | ) ) ) ) | |
| Defendants. | ) ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COME NOW, Defendant Todd Michael Capser, and for his Answer to Plaintiff's Complaint, states as follows.

1.      The material allegations in the Complaint are true, however, the Plaintiff has seized the collateral and, therefore, Plaintiff has elected its remedy of

forfeiture.

2.    The material allegations in the Complaint are true, however, the

Plaintiff has seized the collateral and, therefore, Defendant is entitled to offset the

debt.

DATED this 9th day of July, 2019.

**PARKER, HEITZ & COSGROVE, PLLC**
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, Montana 59103-7212


        /s/    *Mark D. Parker*
By:    _____
        Mark D. Parker
        Attorneys for Defendant Todd Michael Capser